RECEIVED
IN LAKE CHARLES, LA

JAN 28 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ROBERT ALLEN, ET AL. | CIVIL ACTION NO. 09-2011 |
| VS. | JUDGE MINALDI |
| TOWN OF NEW LLANO | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the defendant's Motion for Sanctions [doc. 23] and the Motion for Attorney's Fees [doc. 18] ARE GRANTED.

**IT IS ORDERED** that this matter be remanded to the Magistrate Judge for a determination of the amount of attorneys fees reasonable in this case.

**IT IS FURTHER ORDERED** that this action IS DISMISSED WITH PREJUDICE for failure to comply with the court's discovery orders.

Lake Charles, Louisiana, on this 27 day of Jan, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE