RECEIVED
IN LAKE CHARLES, LA

AUG 17 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN, et al. | : | DOCKET NO. 2:09 CV2011 |
| VS. | : | JUDGE MINALDI |
| TOWN OF NEW LLANO | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that judgment be entered in favor of the Town of New Llano and against Allen, et al. in the requested amount of $1,247.00.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 15 day of August 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE